IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3007 |
| vs. | |
| MICHAEL R. SCHWEITZER, | ORDER |
| Defendant. | |

The defendant's objection (filing 32) to the Magistrate Judge's Order on Sentencing Schedule has been fully considered and will be overruled. The sentencing schedule as set forth in filing 31 shall stand as ordered.

IT IS ORDERED that the defendant's objection (filing 32) to the Magistrate Judge's Order on Sentencing Schedule is overruled.

Dated this 25th day of May, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge